COCHRAN V. HUBBARD *et al.*

*Appeal from Mills District Court.*

THURSDAY, OCTOBER 11.

PER CURIAM.—Following the cases of *Ruddick* v. *Vail*, 7 Iowa 44; and *Craine* v. *Fulton*, 10 Iowa 457; we have no difficulty in concluding that the judgment below should be affirmed.

Affirmed.